IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRYSTAL POLLARD, | : | CIVIL ACTION |
| Plaintiff, | : | 13-4833 |
| v. | : | |
| UNITED STATES OF AMERICA and THE CITY OF PHILADELPHIA, | : | |
| Defendants. | : | |

**ORDER**

AND NOW, on this   8th   day of January, 2014, upon consideration of Defendant United States of America's Motion to Dismiss for Lack of Jurisdiction (Doc. No. 10) and Plaintiff's Response Thereto (Doc. No. 11), it is hereby ORDERED that the Motion is GRANTED. All claims against Defendant United States of America only are hereby DISMISSED with prejudice.[1]

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.

---

[1] The United States has represented to the Court that, upon dismissal of any FTCA claims, "the United States would be willing to stipulate with Ms. Pollard that, on condition that she will not appeal the dismissal, the United States will voluntarily dismiss its counterclaim against her without prejudice, so that this action can be dismissed and she can proceed on her claims against the City of Philadelphia in the Court of Common Pleas for Philadelphia County." (Doc. No. 10). Plaintiff replied that she "is agreeable with the proposed recommendation" of the United States. (Doc. No. 11). The Court will consider the stipulation and notice of voluntary dismissal when these documents have been filed.